UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

FNU LNU,
    also known as "Shlomo Dickerman,"
    "Stephen G. Dickerman" and
    "Stephen Dickerman,"

        Defendant.

– – – – – – – – – – – – – – –X

<u>UNSEALING ORDER</u>

Docket No. <u>14-M-724</u>

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lan Nguyen, for an order unsealing the Affidavit in Support of an Arrest Warrant and Search Warrant, the Arrest Warrant and the Search Warrant, in the above-captioned matter.

        WHEREFORE, it is ordered that the Affidavit in Support of an Arrest Warrant and Search Warrant, the Arrest Warrant and the Search Warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           August 6, 2014

*s/Ramon E. Reyes Jr.*
_____
HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK